Lauren Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone 310.820.8800
Facsimile 310.820.8859
Email: lattard@bakerlaw.com

*Attorneys for Signature Entertainment, LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 22-bk-10196-MB |
| DANIEL JAMES SEAVEY, | Chapter 11 |
| Debtor. | |
| SIGNATURE ENTERTAINMENT LLC, | |
| Plaintiff, | Adv. Pro. No.: _____ |
| v. | |
| DANIEL JAMES SEAVEY , | **COMPLAINT** |
| Debtor-Defendant. | |

Signature Entertainment LLC ("Signature"), by and through its undersigned counsel, files this complaint ("Complaint") against Daniel James Seavey ("Seavey" or the "Debtor"), stating as follows:

### I.    SUMMARY OF THE ACTION

1. This action arises from the agreement between Signature and Seavey dated September 23, 2016, (the "Signature Agreement").[1] Among other things, the Signature

---

[1] The Signature Agreement was attached as Exhibit 1 to the Declaration of Daniel James Seavey in Support of Motion for Entry of an Order Authorizing Rejection of Executory Contract Between Debtor and Signature Entertainment, LLC, dated March 9, 2022 (Dkt. No. 32), Chapter 11 Case No. 22-bk-10196-MB ("Seavey Decl.").

1    Agreement (i) established Signature's ownership of certain intellectual property rights related to Seavey during the term of the Signature Agreement, and (ii) provided that Seavey would perform as a musician exclusively pursuant to the terms of the Signature Agreement.

2.    Soon after filing the above-captioned case, the Debtor filed a Motion for Entry of an Order Authorizing Rejection of Executory Contract Between Debtor and Signature Entertainment, LLC (Dkt. No. 30) (the "Motion"). On March 30, 2022, the Court held a hearing the Motion, and subsequently entered an order granting the Motion. *See* Order Granting Motion for Entry of an Order Authorizing Rejection of Executory Contract Between Debtor and Signature Entertainment, LLC, entered Apr. 21, 2022, Dkt. No. 64 (the "Rejection Order"). The Rejection Order stated that "The Debtor is authorized to reject the Signature Agreement pursuant to 11 U.S.C. § 365(a), effective as of March 9, 2022, the date of the filing of the Motion, and the rejection of the Signature Agreement as of that date is hereby approved." The Rejection Order did not address the effect of rejection of the Signature Agreement.

3.    It has become clear that the parties disagree about the effect of the Court's Rejection Order. Specifically, the parties disagree over whether over whether the Rejection Order (i) acted to eliminate or transfer Signature's intellectual property rights under the Signature Agreement to Seavey or (ii) acted to eliminate the Signature's equitable right to a restrictive covenant preventing Seavey from performing outside the Signature Agreement through September 2023.

4.    By this action, Signature respectfully requests that the Court enter a judgment, finding that, among other things set forth in more specificity below, (i) the Signature Agreement has not been rescinded, and (ii) Signature's intellectual property and other rights remain in full force and effect for the duration of the term of the Signature Agreement.

## II.    THE PARTIES

5.    Signature is a Florida-registered limited liability company.

6.    Seavey is an individual residing in Los Angeles, California, and is the debtor in the above-referenced chapter 11 case.

4860-2941-9306.6

### III. JURISDICTION AND VENUE

7. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding. 28 U.S.C. § 157(b)(2).

8. Pursuant to Rules 7008 and 9027(a) of the Federal Rules of Bankruptcy Procedure, the Debtors consent to entry of final orders by this Court in this adversary proceeding.

### IV. FACTUAL BACKGROUND

**A. The Parties**

9. Signature is a music production company conceived by David Loeffler, Loeffler's long-time business partner in Phillips Digital Media, LLC, Randy Phillips, and Steve Miller, an owner of Omicron Media, a technology and media company.

10. Signature's plan was to produce a band that came to be known as "Why Don't We" ("WDW").

11. Signature hired five artists for hire to participate in the band as independent contractors: Seavey, Jonah Frantzich, Jack Avery, Zach Herron, and Corbyn Besson. Each signed identical contracts with Signature.

12. On September 23, 2016, Seavey and Signature signed the Signature Agreement.

13. When he turned 18, Seavey affirmed the Signature Agreement.

14. Under the profit-sharing provision in the Signature Agreement, the Debtor and the other band members each received at least $1.57 million since the contracts were signed in September 2016. This amount does not include amounts paid directly to the Debtor for performance-related royalties from SoundExchange and live performance vendors or venues. This sum also does not include a $100,000 advance received by the Debtor on February 16, 2022.

15. On or about June 1, 2017, Signature signed a recording contract with Atlantic Records and the Debtor signed as an inducing party.

- 3 -

4860-2941-9306.6

16. Through Signature, WDW released 127 commercial songs receiving over 1.3 billion streams worldwide. As of March 16, 2022, WDW had over 10,320,000 monthly listeners on the music streaming service Spotify.

17. Signature engaged the appropriate talent agents and produced tours for WDW throughout the United States, Europe, and in Japan with the first tour beginning in 2017.

18. The Debtor also received an advance of $201,814.20 from Artists Group International, Inc., a talent agent.

**B. The Signature Agreement**

19. As the production company under the Signature Agreement, Signature maintains the ownership and management rights attendant to the activities of the band, including those rights related to audio and video recording, merchandising, social media use, and publishing. Signature Agreement ¶¶ 7-9.

20. The Signature Agreement provides that Signature owns the copyrights in the Debtor's master recordings, Signature Agreement ¶ 8, publishing rights, *id.* ¶ 9, and video rights, *id.* ¶ 9.

21. The Signature Agreement provides that Seavey may not perform as a solo artist or form a new group without consent of Signature. *Id.* ¶¶ 11(c), (d). He also may only perform as a "side-artist" for third parties in limited circumstances. *Id.* ¶ 11.

22. The Signature Agreement provides that Signature would contract with social media companies, talent agencies, recording companies, publishing houses, merchandising firms, and other entities related to the development and success of the band. *Id.* ¶ 1.

23. Through the Signature Agreement, the Debtor granted Signature an irrevocable license to use, and revenue generated from, social and digital media created by Seavey prior to the Signature Agreement. *Id.* ¶ 4(h)(iv). Signature owns all intellectual property and works created during the term of the Signature Agreement. *Id.* ¶ 1.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4860-2941-9306.6

24. According to the Signature Agreement, all gross receipts from WDW's activities in the entertainment industry are to be paid to Signature, with the band members receiving a profit share as called for in the contracts. *Id.* ¶ 15.

25. The term of the Signature Agreement (the "Term") expires on September 23, 2023.

### C. Rejection of the Signature Agreement

26. On March 9, 2022, the Debtor filed the Motion.

27. On March 16, 2022, Signature filed an opposition the Motion. *See* Dkt. No. 35.

28. On March 30, 2022, the Court held a hearing the Motion, and subsequently granted the Motion. *See* Rejection Order. The Rejection Order did not address the effect of the Debtor's rejection of the Signature Agreement.

### D. Seavey's Subsequent Activities

29. On March 31, 2022, WDW announced a summer 2022 tour, with approximately 44 dates, in conjunction with Live Nation.

30. Upon information and belief, Seavey intended to perform at these tour dates.

31. Upon information and belief, Jonah Frantzich, Jack Avery, Zach Herron, and Corbyn Besson, the other members of the band who have agreements with Signature, also planned to perform at these tour dates.

32. On July 6, 2022, WDW cancelled the summer tour due to poor ticket sales.

33. Subsequently, representatives of Seavey confirmed to Signature that Seavey intended to pursue a solo career.

### V. CLAIM FOR RELIEF
### COUNT I
### (Declaratory Judgment)

34. Signature restates and incorporates each preceding paragraph of the Complaint as if fully stated herein.

4860-2941-9306.6

35. There exists an actual and present controversy between the parties concerning the effect of rejection of the Signature Agreement. The Signature Agreement provides Signature with the following rights ("Signature's Contractual Rights"):

   a. Signature maintains the ownership and management rights with regard to Seavey's artwork created during the Term. Signature Agreement ¶ 7.

   b. Signature maintains the ownership and management rights with regard to any master recordings created by Seavey during the Term. *Id.* ¶ 8.A.

   c. Signature owns the publishing rights for any song created by Seavey during the Term. *Id.* ¶ 8.B.

   d. Signature maintains the exclusive right to create and distribute videos for commercial or promotional purposes during the Term. *Id.* ¶ 9.

   e. Seavey may not create or become part of another music group during the Term. *Id.* ¶ 11(c).

   f. Seavey may not render a solo performance without the prior consent of Signature during the Term. *Id.* ¶ 11(d).

   g. If Seavey performs as a side-artist during the Term, any payment goes to Signature. *Id.* ¶ 11(e).

   h. If Seavey leaves Why Don't We, Seavey is liable for any and all damages, costs, and expenses caused by any material breach of the Signature Agreement. *Id.* ¶ 12(a).

   i. Signature retains its right to the exclusive entertainment services of Seavey as described in the Signature Agreement for the Term. *Id.* ¶ 12(b).

   j. Signature maintains exclusive right to create and authorize merchandise during the Term. *Id.* ¶ 13.

   k. Signature has an exclusive license to use, and the authority to grant other licenses to use Seavey's name, likeness, voice, biographical material and other material for

4860-2941-9306.6

   promotion and marketing, including social media posting and accounts, during the Term. *Id.* ¶¶ 4(h)(iv), 18.

  l. Signature owns all properties and works created during the Term. *Id.* ¶ 1.

  m. Seavey's services under the Signature Agreement are of a special, unique, and intellectual character and, in the event of a breach by Seavey, the Signature Agreement provides that Signature shall be entitled to seek injunctive relief. *Id.* ¶ 20(c).

  n. During the Term, Seavey may only perform entertainment services in accordance with the terms and conditions of the Signature Agreement, which remain valid and binding notwithstanding rejection.

The Parties dispute whether Signature's Contractual Rights are still in effect until the end of the Term.

  36. Because rejection of a contract in bankruptcy is treated as a breach, and not recission of the contract, Signature avers that all of Signature's Contractual Rights are still binding on Seavey until the end of the Term.

  37. Accordingly, Signature requests that the Court issue declaratory judgment that the effect of rejection of the Signature Agreement does not rescind Signature's Contractual Rights and that Signature's Contractual Rights remain in effect until the end of the Term.

  38. Judicial determination concerning Signature's Contractual Rights is needed, and once issued, will terminate existing disputes of contractual interpretation between the parties.

## VI. **PRAYER**

  WHEREFORE, PREMISES CONSIDERED, Signature prays the Court enter judgment in favor of Signature on all claims asserted and:

 A. Order and declare that the following provisions in the Signature Agreement remain in effect until September 23, 2023:

  i. Signature maintains the ownership and management rights with regard to Seavey's artwork created. Signature Agreement ¶ 7.

      ii. Signature maintains the ownership and management rights with regard to any master recordings created by Seavey. *Id.* ¶ 8.A.

      iii. Signature owns the publishing rights for any song created by Seavey. *Id.* ¶ 8.B.

      iv. Signature maintains the exclusive right to create and distribute videos for commercial or promotional purposes. *Id.* ¶ 9.

      v. Seavey may not create or become part of another music group. *Id.* ¶ 11(c).

      vi. Seavey may not render a solo performance without the prior consent of Signature. *Id.* ¶ 11(d).

      vii. If Seavey performs as a side-artist, any payment goes to Signature. *Id.* ¶ 11(e).

      viii. Signature retains its right to the exclusive entertainment services of Seavey as described in the Signature Agreement. *Id.* ¶ 12(b).

      ix. Signature maintains exclusive right to create and authorize merchandise. *Id.* ¶ 13.

      x. Signature has an exclusive license to use, and the authority to grant other licenses to use Seavey's name, likeness, voice, biographical material and other material for promotion and marketing, including social media posting and accounts. *Id.* ¶¶ 4(h)(iv), 18.

      xi. Signature owns all properties and works created during the Term. *Id.* ¶ 1.

      xii. Seavey's services under the Signature Agreement are of a special, unique, and intellectual character and, in the event of a breach by Seavey, the Signature Agreement provides that Signature shall be entitled to seek injunctive relief. *Id.* ¶ 20(c).

      xiii. During the Term, Seavey may only perform entertainment services in accordance with the terms and conditions of the Signature Agreement, which remain valid and binding notwithstanding rejection .

B. Award Signature all other and further relief which the Court deems just and proper.

Dated: November 14, 2022                    Respectfully submitted,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP

By:   */s/ Lauren Attard*
      Lauren Attard

*Attorneys for Signature Entertainment, LLC*

- 9 -

4860-2941-9306.6