DAVID L. NEALE (SBN 141225)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Daniel James Seavey

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No. 1:22-bk-10196-MB |
| DANIEL JAMES SEAVEY, | Chapter 11 |
| Debtor and Debtor in Possession | Adv. Proc. No. 1:22-ap-01059-MB |
| SIGNATURE ENTERTAINMENT LLC, | |
| Plaintiff, | **STIPULATION CONSOLIDATING THIS ADVERSARY PROCEEDING WITH ADVERSARY PROCEEDING NO. 1:22-AP-01058-MB** |
| v. | |
| DANIEL JAMES SEAVEY, | |
| Debtor-Defendant. | |

1

Signature Entertainment LLC ("Signature") and Daniel James Seavey ("Daniel"), hereby stipulate, subject to Bankruptcy Court approval, to: (1) pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, made applicable to this case by 7042 of the Federal Rules of Bankruptcy Procedure, consolidate this adversary proceeding with Adversary Proceeding No. 1:22-ap-01058-MB filed by Daniel on November 14, 2022; and (2) extend the deadline for the parties to file a single joint status report in the consolidated adversary proceeding, from December 20, 2022, through and including December 23, 2022.

## RECITALS

1. On November 14, 2022, Daniel commenced Adversary Proceeding No. 1:22-ap-01058-MB by filing that certain "Complaint For: (1) Declaratory Relief; (2) Injunctive Relief; (3) Accounting; (4) Money Had And Received; (5) Turnover Of Property Of The Estate; And (6) Disallowance Of Claim" (the "Estate Action").

2. On November 14, 2022, Signature commenced Adversary Proceeding No. 1:22-ap-01059-MB by filing that certain "Complaint" requesting a declaratory judgment (the "Signature Action").

3. The Estate Action and the Signature Action contain certain common questions of law or fact, including with respect the declaratory and injunctive relief requested therein.

4. The parties believe that it would be convenient, expeditious and economical to consolidate the Estate Action and the Signature Action, and proceed in a single adversary proceeding, with the Estate Action serving as the docket for the consolidated actions.

5. The parties believe that it would be efficient to submit a single joint status report in the Estate Action, and, in order to provide the parties sufficient time to prepare a consolidated report, the parties have agreed, subject to Bankruptcy Court approval, to extend the deadline to submit such a report in the Estate Action from December 20, 2022 to December 23, 2022.

## AGREEMENT

A. The Estate Action and the Signature Action shall be consolidated, and the docket for the Estate Action shall serve as the docket for the consolidated actions.

B.    The parties shall submit a single joint status report in the Estate Action and the deadline to submit such a report will be extended from December 20, 2022 to December 23, 2022.

Dated: December 20, 2022

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:   /s/ David L. Neale
     David L. Neale
     Krikor J. Meshefejian
     Attorneys for Daniel James Seavey

Dated: December 20, 2022

BAKER & HOSTETLER LLP

By: _____
     Michael Levin
     Andrew V. Layden
     Attorneys for Signature Entertainment, LLC

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **STIPULATION CONSOLIDATING THIS ADVERSARY PROCEEDING WITH ADVERSARY PROCEEDING NO. 1:22-AP-01058-MB** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lauren T Attard    lattard@bakerlaw.com**
- **Andrew W. Levin (TR)    andy@fairpointllc.com, C198@ecfcbis.com**
- **Krikor J Meshefejian    kjm@lnbyg.com**
- **David L. Neale    dln@lnbyg.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On **December 20, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 20, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**